IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : | |
| ——————————————————x | | |
| SEEHAFER | : : | CIVIL ACTION NO. MDL 875 |
| v. | : : | |
| VARIOUS DEFENDANTS | : : | E.D. Pa Case No. 14-00059 |
| ——————————————————x | | |

FILED JAN - 8 2014 MICHAEL E. KUNZ, Clerk ___ Dep. Clerk

## ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR PRETRIAL DISCOVERY, SETTLEMENT CONFERENCE, AND TRIAL PREPARATION

The Court has identified the above-captioned case as being appropriate for referral to the Honorable Magistrate Judge David R. Strawbridge to conduct pretrial procedures, supervise discovery, conduct settlement conferences, and prepare the case for trial. The Magistrate Judge may enter such orders as may be necessary to facilitate these tasks.

Inquiries relating to this case and all matters scheduled hereunder may be directed to the Chambers of the Honorable Magistrate Judge David R. Strawbridge at **(267) 299-7790**. **THE MAGISTRATE JUDGE MAY IMPOSE SANCTIONS AND/OR COSTS AGAINST ANY PARTY NOT IN COMPLIANCE WITH THIS NOTICE AND THE ORDERS SPECIFICALLY INCORPORATED BY REFERENCE AND ANY ORDERS ISSUED IN FURTHERANCE HEREOF.**

Accordingly, it is **ORDERED** that the Court refers the above-captioned action pending in MDL 875 to the Honorable Magistrate Judge David R. Strawbridge for proceedings in accordance with this Order.

BY THE COURT:

Date: January 8, 2014

_____ J.
Eduardo C. Robreno